Form ntcconf (01/2014)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
    Gary Rosenthal

    Debtor(s).

Case Number: 24–12397–CMA
Chapter: 13

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **March 7, 2025** by U.S. Bankruptcy Court Judge **Christopher M Alston**.

Dated: March 7, 2025

                                                                  Gina Zadra Walton
                                                                  Clerk, U.S. Bankruptcy Court